ACCEPTED
03-14-00522-CV
4772377
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 2:08:24 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00522-CV

_____

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT
OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 2:08:24 PM
JEFFREY D. KYLE
Clerk

_____

WARREN KOPECKY,
Appellant

vs.

JP MORTGAGE SERVICES, INC., JP MORGAN CHASE BANK, N.A.,
MERSCORP HOLDINGS, INC., BARRETT DAFFIN FRAPPIER TURNER
& ENGLE, LLP AND JUANITA STRICKLAND,
Appellees

_____

**APPELLANT'S MOTION TO DISMISS APPEAL**

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Warren Kopecky, Appellant, and files the Motion to
Dismiss Appeal. On January 16, 2015, this Court abated the appeal until May 1,
2015 so that the parties could pursue a resolution. Appellant no longer intends to
pursue this appeal, and hereby requests that this Court dismiss this appeal pursuant
to TRAP 42.1(a)(1).

Appellees do not oppose the dismissal. No cross appeals were filed, and
therefore the dismissal sought by this motion will dispose of all issues in this

matter that are before the Court. It is the parties' intent that all costs of the appeal will be borne by the party incurring same.

Respectfully submitted,

ALMANZA, BLACKBURN & DICKIE, LLP

By: /s/Julie K. Lane
Julie K. Lane
Texas Bar No. 00791070
Almanza, Blackburn & Dickie, LLP
2301 S. Capital of Texas Hwy, Building H
Austin, Texas 78746
Tel. (512) 474-9486
Fax (512) 478-7151
Email jlane@abdlawfirm.com

ATTORNEY FOR APPELLANT
WARREN KOPECKY

## CERTIFICATE OF CONFERENCE

This is to certify that I contacted Mark Aschermann, counsel for Appellees JP Mortgage Services, Inc., Marcie Schout, counsel for JP Morgan Chase Bank N.A. and MERSCORP Holdings, Inc., Mark Hopkins, counsel for Barrett Daffin Frappier Turner & Engle, LLP, and Andrew Oliver, counsel for Juanita Strickland regarding this Motion to Dismiss Appeal and they have no objections.

/s/Julie K. Lane
Julie K. Lane

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been sent to the parties in this action via the delivery method(s) listed below on this, the 6th day of April, 2015.

Via Email aschermann.law@swbell.net
Mark L. Aschermann
Barron & Newburger, PC
6300 West Loop S., Suite 341
Bellaire, Texas 77401
Tel. (713) 942-0808
Fax (713) 942-0449
ATTORNEY FOR JP MORTGAGE
SERVICES, INC.

Via Email
mnewburger@bn-lawyers.com
Manuel H. Newburger
Barron & Newburger, PC
1212 Guadalupe, Suite 104
Austin, Texas 78701
Tel. (512) 476-9103
Fax (512) 279-0310
ATTORNEY FOR JP MORTGAGE
SERVICES, INC.

Via Email
mark@hopkinswilliams.com
Mark D. Hopkins
Hopkins & Williams, PC
12117 Bee Caves Road, Suite 260
Austin, Texas 78738
Tel. 512-600-4320
ATTORNEY FOR BARRETT, DAFFIN,
FRAPPIER, TURNER & ENGLE, LLP

Via Email mschout@qslwm.com
Fax (512) 600-4326
Marcie L. Schout
William Lance Lewis
Treyson J. Brooks
Quilling, Selander, Lownds, Winslett
& Moser, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Tel. (214) 871-2100
Fax (214) 871-2111
ATTORNEY FOR JP MORGAN
CHASE BANK, N.A. AND
MERSCORP HOLDINGS, INC.

Via Email
aoliver@oliverlawoffice.com
Andrew Oliver
Oliver Law Office
9951 Anderson Mill Road, Suite 201
Austin, Texas 78750
Tel. (512) 233-1103
Fax (512) 551-0330
ATTORNEY FOR JUANITA
STRICKLAND

/s/Julie K. Lane
Julie K. Lane

No. 03-14-00522-CV

_____

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT
OF TEXAS AT AUSTIN

_____

WARREN KOPECKY,
Appellant

vs.

JP MORTGAGE SERVICES, INC., JP MORGAN CHASE BANK, N.A.,
MERSCORP HOLDINGS, INC., BARRETT DAFFIN FRAPPIER TURNER
& ENGLE, LLP AND JUANITA STRICKLAND,
Appellees

_____

**ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL**

_____

On this day the Court heard Appellant's Motion Dismiss Appeal. The Court finds that the Motion has merit and has been agreed to by counsel for Appellees and is therefore of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Appellant's Motion to Dismiss Appeal is GRANTED.

It is further ORDERED that all costs of the appeal will be borne by the party incurring same.

SIGNED this ___ day of _____, 2015.


_____
JUSTICE PRESIDING